**William L. AUSTIN, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 22, 1965.

Rehearing Denied March 19, 1965.

Charles A. Williams, Paducah, for appellant.

Robert F. Matthews, Atty. Gen., John B. Browning, Asst. Atty. Gen., Frankfort, Albert Jones, Commonwealth Atty., Paducah, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of conviction of offering obscene literature for sale contrary to KRS 436.100 and imposing a fine of $250.00 and costs.

We find no error in the trial, and the motion for an appeal is overruled.

MOREMEN, C. J., dissenting.